UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Gale R. Walls,               )
                             )
            Plaintiff,       )
                             )
        v.                   )            **JUDGMENT**
                             )
Holden Temporaries, Inc.,    )
                             )
                             )            4:14-CV-132-BR
                             )
            Defendant.       )
                             )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on June 11, 2015, and served on:**

Gale R. Walls (via US Mail at PO Box 2725, Elizabeth City, NC 27906)

June 11, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk